# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRAGLIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>　　　　　　　　　　Defendant. | Case No.: 24-cv-00987-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 20.] |

On March 20, 2025, the parties filed a joint motion to dismiss the action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 20.) For good cause shown, the Court grants the joint motion and dismisses the action with prejudice.

**IT IS SO ORDERED.**

DATED: March 24, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT